**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6939**

———————

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

KOVA DUAN WRIGHT,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:01-cr-00005-RLV-12)

———————

Submitted: September 18, 2012       Decided: September 26, 2012

———————

Before GREGORY, DUNCAN, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kova Duan Wright, Appellant Pro Se. John George Guise, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kova Duan Wright appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wright, No. 5:01-cr-00005-RLV-12 (W.D.N.C. Mar. 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED